### Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

September 2, 2025

**VIA ECF**                                                    **MEMO ENDORSED**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *United States v. Robert Yedid, Andrew Kaufman, and Mark Jacobs*,
             25 Cr. 248 (LTS)

Dear Judge Swain,

      Defendant Andrew Kaufman pled guilty to Counts One, Two, and Three of an Information on May 29, 2025 before this Court. The Court set Mr. Kaufman's sentencing hearing for September 18, 2025.

      We write to request that Mr. Kaufman's sentencing date (and the accompanying submission dates for the parties) be adjourned fourteen days, to on or about October 2, 2025, so as to allow the defense additional time to prepare for sentencing. The government consents to this request.

      This is Mr. Kaufman's first request for a continuance in this matter. Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  /s/ *Telemachus P. Kasulis*
                                  Telemachus P. Kasulis
                                  *Counsel to Andrew Kaufman*

CC:    Alexandra Rothman, AUSA

> The foregoing request is granted. The sentencing hearing for Mr. Kaufman is hereby adjourned from September 18, 2025, at 11:00 AM to **October 7, 2025, at 2:30 PM** in Courtroom 17C. DE 33 is resolved.
> SO ORDERED.
> September 3, 2025
> /s/ Laura Taylor Swain, Chief USDJ